No. 66573.—Ross Products, Inc. v. United States, protest 60/27266 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiff was sustained.

No. 66574.—U.S. Divers Corp. v. United States, protests 61/3229 and 61/4253 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.

No. 66575.—Kent's Sporting Goods and George J. Young v. United States, protest 61/6304 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of rubber face masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiffs was sustained.

No. 66576.—Rice-Bayersdorfer Company v. United States, protests 61/6649 and 61/6663 (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of fiber tree corsages similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.